UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **Portland Hunt-Alpine Club, LLC, on behalf of itself and all others similarly situated,** | ) ) ) |
| **Plaintiff** | ) ) |
| v. | ) ) ) Civil Action No. 2:19-cv-00446-JAW |
| **Mowi ASA (fka Marine Harvest ASA), et al.** | ) ) ) ) |
| **Defendants** | ) ) |

### DEFENDANTS OCEAN QUALITY PREMIUM BRANDS, INC., OCEAN QUALITY USA, INC., MARINE HARVEST USA, LLC, DUCKTRAP RIVER OF MAINE, LLC, AND LEROY SEAFOOD USA, INC.'S JOINT CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and with the consent of Plaintiff, Defendants Ocean Quality Premium Brands, Inc., Ocean Quality USA, Inc., Marine Harvest USA, LLC (now known as Mowi USA, LLC), Ducktrap River of Maine, LLC (an assumed name of Mowi Ducktrap, LLC), and Leroy Seafood USA, Inc. move for an extension of time to file their response under Fed. R. Civ. P. 12 to the Complaint (ECF No. 1) to January 27, 2020. In support of this Motion, Defendants state the following:

1. On May 9, 2019, counsel for Plaintiff Prime Steakhouse filed a 76-page Complaint in a related case, *Prime Steakhouse v. Mowi ASA, et al.,* No. 2:19-cv-00207-JAW, naming 15 defendants and alleging antitrust and related legal claims.

2. On September 10, 2019, Defendants Leroy Seafood USA, Inc., Ocean Quality USA, Inc., and Ocean Quality Premium Brands, Inc. jointly filed a Motion to Transfer Venue on behalf of all of the United States Defendants, to transfer the *Prime Steakhouse* case to the Southern

District of Florida. The Motion to Transfer was fully briefed as of October 15, 2019. *Prime Steakhouse v. Mowi ASA, et al.,* No. 2:19-cv-00207-JAW (D. Me. Sept. 10, 2019), ECF No. 29.

3. On October 1, 2019, Plaintiff Portland Hunt-Alpine Club, LLC filed a nearly identical 76-page Complaint in this case naming 14 of the same 15 defendants and alleging the same antitrust and related legal claims. (ECF No. 1).

4. Defendants Ocean Quality Premium Brands, Inc., Ocean Quality USA, Inc., Marine Harvest USA, LLC, Ducktrap River of Maine, LLC, and Leroy Seafood USA, Inc. were served in this case on November 18, 2019.

5. In connection with the *Prime Steakhouse* case, Plaintiff's counsel previously indicated that they intend to move for leave to consolidate the *Prime Steakhouse* case with this case and file a consolidated complaint.

6. In the *Prime Steakhouse* case, the Court granted the Defendants' requests to extend their deadline to respond to the Complaint. The current deadline for the defendants to respond to the complaint in the *Prime Steakhouse* is the earlier of January 27, 2020, or sixty days from the filing of a potential consolidated complaint. *Prime Steakhouse*, No. 2:19-cv-00207-JAW, ECF No. 42, 49.

7. Given the procedural posture of the related *Prime Steakhouse* case and the intervening Thanksgiving holiday and the upcoming holidays, Defendants seek additional time to file their responses to the Complaint and request the same deadline as the defendants in the *Prime Steakhouse* case, that is January 27, 2020.

8. Plaintiff's counsel has consented to extending Defendants Ocean Quality Premium Brands, Inc., Ocean Quality USA, Inc., Marine Harvest USA, LLC, Ducktrap River of Maine,

LLC's, and Leroy Seafood USA, Inc.'s current response deadline of December 9, 2019 to January 27, 2020.

Because good cause has been shown, it is respectfully requested that the Court grant this motion and enter an order directing that the deadline for Defendants Ocean Quality Premium Brands, Inc., Ocean Quality USA, Inc., Marine Harvest USA, LLC, Ducktrap River of Maine, LLC, and Leroy Seafood USA, Inc. to respond to the Complaint be extended to January 27, 2020.

Dated at Portland, Maine this 6th day of December, 2019.

*/s/ Kasia S. Park*
Kasia S. Park
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel:  (207) 772-1941
Email: kpark@dwmlaw.com

*Attorney for Defendant*
*Ocean Quality Premium Brands, Inc. and Ocean*
*Quality USA, Inc.*


*/s/ Rebecca Gray Klotzle*
Rebecca Gray Klotzle
Curtis Thaxter LLC
One Canal Plaza, Suite 1000
P.O. Box 7320
Portland, ME 04112-7320
Tel: 207-774-9000
Email: rklotzle@curtisthaxter.com
           service@curtisthaxter.com

*Attorney for Defendants Marine Harvest USA, LLC*
*and Ducktrap River of Maine, LLC*

/s/ *David G. Webbert*
David G. Webbert
Johnson, Webbert & Young, LLP

                                                       160 Capitol St., Suite 3  
                                                       P.O. Box 79  
                                                       Augusta, ME 04332-0079  
                                                       Tel: (207) 623-5110  
                                                       Email: dwebbert@work.law

*Attorney for Defendant*  
*Leroy Seafood USA, Inc.*

**CERTIFICATE OF SERVICE**

    I, Kasia S. Park, hereby certify that on December 6, 2019, I electronically filed the foregoing Defendants Ocean Quality Premium Brands, Inc., Ocean Quality USA, Inc., Marine Harvest USA, LLC, Ducktrap River of Maine, LLC, and Leroy Seafood USA, Inc.'s Joint Consent Motion for Extension of Time to Respond to the Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to all parties of record.

                                            */s/ Kasia S. Park*
                                            Kasia S. Park
                                            Drummond Woodsum
                                            84 Marginal Way, Suite 600
                                            Portland, Maine 04101
                                            Tel:  (207) 772-1941
                                            Email:  kpark@dwmlaw.com

                                            *Attorney for Defendant*
                                            *Ocean Quality Premium Brands, Inc. and*
                                            *Ocean Quality USA, Inc.*