**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-21509-CIV-SMITH**

PORTLAND HUNT-ALPINE CLUB LLC,

    Plaintiff,

v.

MOWI ASA, *et al*,

    Defendants.

_____/

**ORDER CONSOLIDATING CASES**

This matter comes before the Court *sua sponte*. This case was transferred to the Southern District of Florida from the District of Maine, and thereafter was transferred to the undersigned's docket upon the parties' contention that this action is "related to *Wood Mountain, LLC v. Mowi ASA*, No. 19-22128-CIV-SMITH (S.D. Fla. May 24, 2019)" and "involves subject matter which is a material part of the subject matter of the *Wood Mountain* action, and that transferring this action would prevent the unnecessary duplication of judicial labor." (DE 61.) Upon consideration, it appears that judicial economy will best be served by consolidating these cases for all purposes. Therefore, it is hereby

    **ORDERED** as follows:

    1.    The Clerk of the Court is directed to **CONSOLIDATE** the above-captioned matter with the case *Wood Mountain, LLC v. Mowi ASA*, No. 19-22128-CIV-SMITH (S.D. Fla. May 24, 2019). All subsequent filings shall be in that numbered-case only and bear Case No. 19-22128-CIV-SMITH.

2. The Clerk of the Court is directed to **CLOSE** the above-captioned matter for administrative purposes.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of April, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE